## MOBILE & OHIO RAILROAD COMPANY V. HICKS

Court of Appeals of Kentucky.

(Decided Feb. 8, 1935.)

WHEELER, WHEELER & SHELBOURNE, BENNETT & SMITH, and RUFUS CREEKMORE, for movant.

J. D. VIA, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## STATE MUTUAL LIFE ASSURANCE COMPANY V. PARKS.

Court of Appeals of Kentucky.

(Decided Feb. 8, 1935.)

ROSS & ROSS and A. R. ERNBERG, for movant.

GEORGE C. ROBBINS and JOHN NOLAND, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## SHELL & COMPANY V. BUDNICK.

## SHELL & COMPANY V. BUDNICK & MAX.

Court of Appeals of Kentucky.

(Decided Feb. 12, 1935.)

HOGG & MOORE, for movant.

HAWK & LEWIS, opposed.

PER CURIAM.

Appeals denied; judgments affirmed.